

**NUMBER 13-14-00114-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **TEXAS DEPARTMENT OF PUBLIC SAFETY,** | **Appellant,** |

**v.**

| | |
|---|---|
| **SERGIO ROBERTO NARVAEZ,** | **Appellee.** |

### On appeal from the County Court at Law No. 5 of Hidalgo County, Texas.

# ORDER

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

Appellee's retained counsel, David A. Higdon, has filed a motion to withdraw as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellee, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellee is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

Appellee's unopposed motion for extension of time to file the brief is GRANTED. The Court ORDERS appellee to file his brief with this Court on or before July 7, 2014.

It is so ORDERED.

PER CURIAM

Delivered and filed the
4th day of June, 2014.